[Nos. 73265-0-I; 73266-8-I.  Division One.  November 23, 2015.]

### In the Matter of the Dependency of C.E.T.

ROGER TOLBERT, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Snohomish County, Nos. 14-7-00561-6 and 13-7-00751-3, Marybeth Dingledy, J., entered March 26, 2015. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 73937-9-I.  Division One.  November 23, 2015.]

FEDERAL MAE, *Respondent*, v. RONALD STEINMANN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-03547-0, Robert A. Lewis, J., entered December 19, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ.

[No. 73939-5-I.  Division One.  November 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. SHEA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00511-5, Toni A. Sheldon, J., entered April 14, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 73960-3-I.  Division One.  November 23, 2015.]

KARIN HILL, *as Personal Representative, Appellant*, v. BARTELLS ASBESTOS SETTLEMENT TRUST ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 13-2-02291-9, John F. Nichols, J., entered July 18, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Leach, JJ.